# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| VANESSA HERNANDEZ, | ) | |
| | ) | Case No: 1:25-cv-10650 |
| Plaintiff, | ) | |
| v. | ) | Honorable Judge: Manish S. Shah |
| | ) | |
| TRANS UNION, LLC, and LVNV | ) | |
| FUNDING LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff VANESSA HERNANDEZ ("Plaintiff") and Defendant LVNV FUNDING LLC ("LVNV Funding") (collectively the "Parties") have reached a settlement. The Parties anticipate filing a Stipulation of Dismissal or Voluntary Dismissal with Prejudice as to Defendant LVNV Funding pursuant to Fed. R. Civ. P. 41(a) within 45-days.

Settlements, in principle, have been reached with each of the Defendants in this matter. Plaintiff, therefore, respectfully requests that the Court suspend all pending deadlines pending a dismissal of this matter once settlements have been finalized.

Dated: December 16, 2025        Respectfully submitted,

By: */s/James Smith*
James M. Smith (6285183)
Richard J. Doherty (6226707)
Rebecca L. Fredona (6326914)
Doherty Smith, LLC
7000 W. 127th Street
Palos Heights, IL 60463
Phone: 312.319.2879
Fax: 312.319.4084
RDoherty@dohertysmith.com
JSmith@dohertysmith.com
RFredona@dohertysmith.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, December 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

By: */s/ James M. Smith*